IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ASWAD, et al., | CASE NO. CV F 06-0835 AWI LJO |
| Plaintiffs, | **ORDER TO REFER MOTION TO STRIKE TO ASSIGNED DISTRICT JUDGE** |
| vs. | (Docs. 11, 12.) |
| ACA RECEIVABLES, et al., | |
| Defendants. | |

Plaintiffs Rachel and David Aswad (collectively "plaintiffs") set a September 22, 2006 hearing before United States Magistrate Judge Lawrence J. O'Neill on their motion to strike affirmative defenses. This dispositive motion is to be heard by United States District Judge Anthony W. Ishii and should have been set before him. Defendant Franklin J. Love has filed no timely opposition papers to comply with Local Rule 78-230(c). As such, this Court:

1. REFERS plaintiffs' motion to strike to Judge Ishii for disposition; and

2. VACATES the September 22, 2006 hearing.

Judge Ishii will decide plaintiffs' motion to strike on the record and without a hearing or oral argument, unless Judge Ishii otherwise sets a hearing.

IT IS SO ORDERED.

**Dated:   September 12, 2006**           /s/ Lawrence J. O'Neill
66h44d                                                 UNITED STATES MAGISTRATE JUDGE

1