Eric F. Fagan SBN #87071
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, Ca. 91915
efagan@efaganlaw.com
Phone: 619-656-6656  fax:  775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ASWAD and DAVID ASWAD<br><br>　　　　Plaintiffs<br><br>v.<br><br>ACA RECEIVABLES, LLC; FRANKLIN J. LOVE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Civil Case No.: 1:06-CV-00835 AWI-LJO<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE** |

　　　Plaintiff hereby applies to this court *ex parte* to continue the Scheduling Conference in the above-entitled case.  The complaint in this action was filed on June 29, 2006.  Service of summons and complaint was promptly effected upon Defendant Franklin J. Love who filed an answer.  Plaintiff mistakenly believed that Defendant Franklin J. Love was representing Defendant ACA Receivables, LLC as he did in a previous action.  However, Plaintiff discovered that Defendant Franklin J. Love was not the attorney for Defendant ACA Receivables, LLC.  At that time, Plaintiff promptly served Defendant ACA Receivables with a summons and complaint by substituted service on September 6, 2006.

As of the date of filing this *ex parte* application, Defendant ACA Receivables has not responded to the Complaint. In that regard, Plaintiff requests that the Scheduling Conference be continued approximately two months. Plaintiff requests the following date and time:

**December 13, 2006 at 8:30 a.m. in Courtroom #8 (6th Floor)**

Dated 9/27/06

_____/S/_____
Eric F. Fagan, Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference in the above-entitled case be continued to:

**December 13, 2006 at 8:30 a.m. in Courtroom #8 (6th Floor)**

IT IS SO ORDERED.

Dated:   9/29/2006                    /s/ Lawrence J. O'Neill
b9ed48                     UNITED STATES MAGISTRATE JUDGE