IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ASWAD and DAVID ASWAD,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACA RECEIVABLES, LLC;<br>FRANKLIN J. LOVE, an individual;<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | 1:06-cv-00835-AWI  LJO<br><br>ORDER RE PLAINTIFFS'<br>MOTION TO STRIKE<br><br>[Doc. 11] |

    This is a civil action in which Attorney Franklin J. Love is a defendant. On August 10, 2006, Plaintiffs filed a motion to strike eight affirmative defenses in Defendant Love's answer. This motion was filed electronically, and is not accompanied by proof of service on Defendant Love.

    Subsequently, this court received in paper a Declaration of Franklin J. Love of Non-Service of Motion to Strike. In his declaration, Defendant Love states that he was not served with a copy of Plaintiffs' motion to strike. This declaration was not filed electronically.

Case 1:06-cv-00835-AWI-LJO   Document 26   Filed 01/11/07   Page 2 of 2

1    The court finds that confusion may have existed in this case regarding electronic filing because of the fact that Defendant Love is both a defendant appearing pro se and an attorney admitted to practice in this district.  In light of this situation, the court HEREBY ORDERS as follows:

1. All further papers in this case shall be filed and served electronically by all parties;
2. Plaintiffs shall serve Defendant Love with a copy of their motion to strike no later than 4:00 p.m. on Friday, January 12, 2007;
3. Defendant Love shall file and serve any opposition to the motion to strike no later than 4:00 p.m. on Friday, January 26, 2007;
4. Plaintiffs shall file and serve any reply to Defendant Love's opposition no later than 4:00 p.m. on Friday, January 26, 2007;
5. This case remains set for decision on the record without a hearing.

IT IS SO ORDERED.

**Dated:   January 9, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2