IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ASWAD and DAVID ASWAD,)<br>)<br>Plaintiffs,        )<br>)<br>vs.                   )<br>)<br>)<br>ACA RECEIVABLES, LLC;       )<br>FRANKLIN J. LOVE, an individual; )<br>and DOES 1 through 10, inclusive,  )<br>)<br>Defendants.       )<br>)<br>_____ ) | 1:06-cv-00835-AWI  LJO<br><br><br>**ORDER DENYING**<br>**PLAINTIFFS' MOTION TO**<br>**STRIKE AS MOOT**<br><br>[Doc. 11] |

      This is a civil action in which Attorney Franklin J. Love is a defendant.  On August 10, 2006, Plaintiffs filed a motion to strike eight affirmative defenses in Defendant Love's answer.  This motion was filed electronically, and was not accompanied by proof of service on Defendant Love.  On January 11, 2007, this court entered an order requiring in part that Plaintiffs serve Defendant Love with a copy of their motion to strike no later than January 12, 2007, and  Defendant Love  file and serve any opposition to the motion to strike no later than January 26, 2007.

Defendant Love did not file an opposition to the motion to strike.  Rather, on January 24, 2007, he filed a first amended answer.  Plaintiffs have not indicated any opposition to the filing of the first amended answer.  Accordingly, the court HEREBY CONSTRUES Defendant Love's first amended answer as a statement of non-opposition to the motion to strike under Local Rule 78-230(c).  The court further HEREBY GRANTS Defendant Love leave to file an amended answer pursuant to Rule 15(a), Federal Rules of Civil Procedure.  Finally, in light of the filing of the first amended answer, the court HEREBY DENIES Plaintiffs' motion to strike the original answer as moot.

IT IS SO ORDERED.

**Dated:     February 12, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE