Eric F. Fagan (SBN #87071)
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiffs

FILED
AUG 2 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RACHEL ASWAD and DAVID ASWAD

    Plaintiffs

v.

ACA RECEIVABLES, LLC;
FRANKLIN J. LOVE, an individual;
and DOES 1 through 10, inclusive,

    Defendants

Civil Case No.: CV-00835-AWI-LJO

**APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL**

## I.
## APPLICATION

The parties hereby apply to this court to dismiss the entire action with prejudice. Good cause exists for the dismissal as set forth below in the stipulation.

## II.
## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendants that the entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: __8/28/07__

_____/S/ Eric F Fagan_____
Eric F. Fagan
Attorney for Plaintiff

DATED: __8/28/07__

_____/S/ Stephen Turner_____
Stephen Turner
Attorney for ACA

### III.
### PROPOSED ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE: __8-28-07__   BY: _____
UNITED STATES DISTRICT COURT JDUGE